UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

D5, JOEL CURRY,

      Defendant.
_____/

Case No. 23-cr-20100-5
Hon. Matthew F. Leitman

## ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE OF ADVISING DEFENDANT CONCERNING CONFLICT OF INTEREST ISSUES

Defendant Joel Curry is represented in this case by attorney Robert Dunn. The Government has filed a motion in which it has raised concerns that Mr. Dunn may be operating under an actual or potential conflict of interest based upon his representation of other Defendants in this case in other cases and/or matters. (See Mot., ECF No. 156.) After reviewing the Government's motion and discussing the matter with Mr. Curry on the record at a prior hearing, the Court determined that the safest course of action is to appoint counsel for Mr. Curry for the limited purpose of giving him independent advice concerning the conflict issue raised in the Government's motion. Mr. Curry has submitted an affidavit that persuades the Court that he qualifies for the appointment of counsel under the Criminal Justice Act.

Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Community Defender's Office is appointed as counsel for Mr. Curry for the limited purpose of giving him independent advice concerning the conflict issues raised in the Government's motion.

    a. Counsel appointed under this Order shall review the Government's motion, speak to counsel for the Government about the issues raised in the motion, and speak to Mr. Dunn about the issues raised in the motion before providing Mr. Curry with final advice concerning those issues.

    b. Counsel appointed hereunder shall also advise Mr. Curry (1) of his right to be represented by counsel who is not encumbered by any actual and/or potential conflicts of interest, and (2) about the potential risks and limitations, if counsel perceives any, of proceeding with Mr. Dunn as his attorney at trial.

    c. Counsel shall complete the tasks outlined above by not later than **May 13, 2024**. Upon the completion of those tasks, counsel shall determine whether Mr. Curry wishes to proceed with Mr. Dunn as his attorney. If Mr. Curry does not wish to proceed with Mr. Dunn as his attorney, then counsel shall file a notice on the docket stating Mr. Curry's decision by not later than **May 15, 2024**. If Mr. Curry does wish to proceed with

Mr. Dunn, counsel need not file a notice on the docket and may simply appear with Mr. Curry as set forth below.

2. Counsel appointed under this Order shall appear with Mr. Curry at the hearing to be held on **July 8, 2024**, to confirm that counsel has completed the assigned tasks under this Order and to advise Mr. Curry in connection with further questions from the Court in connection with the issues raised in the Government's motion.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 18, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 18, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126