UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

D5, JOEL CURRY,

      Defendant.
_____/

Case No. 23-cr-20100-5
Hon. Matthew F. Leitman

## ORDER DIRECTING ATTORNEY ROBERT DUNN TO INFORM DEFENDANT JOEL CURRY OF REQUIRED PERSONAL ATTENDANCE AT HEARING

In a prior text order dated May 3, 2024, the Court ordered attorney Robert Dunn and Defendant Joel Curry (among others) to personally appear for a hearing before the Court on May 20, 2024, at 9:30 a.m.

Mr. Dunn should already have informed Mr. Curry of the order requiring him to personally appear. However, in an abundance of caution, the Court hereby **ORDERS** Mr. Dunn to inform Mr. Curry <u>in writing and orally</u> of his (Curry's) obligation to appear in person. Mr. Dunn shall inform Mr. Curry of that obligation (1) by email to Mr. Curry's last known email address, if Mr. Dunn has such an address; (2) by text message to Mr. Curry's last known cellular telephone number, if Mr. Dunn has such a number; (3) by letter to Mr. Curry's last known mailing address; **and** (4) by telephone call to Mr. Curry's last known telephone number (Mr. Dunn

1

shall leave a voice message if Mr. Curry does not answer). Mr. Dunn shall inform Curry via these methods even if he has already given notice to Curry of Curry's required attendance at the hearing.

The Court is directing notification in so many ways (and requiring Mr. Dunn to give notice in each and every way set forth above) because the hearing on May 20th addresses a time-sensitive matter, and Mr. Curry's personal attendance is essential in order to resolve the matter. Moreover, the Court will be unavailable to resolve the matter for quite some time after May 20. It is thus absolutely essential that Mr. Curry receive notice of the hearing from Mr. Dunn in all of the ways required above and that Mr. Curry personally attend the hearing.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: May 13, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 13, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126