UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

D5, JOEL CURRY,

      Defendant.
_____/

Case No. 23-20100-5
Hon. Matthew F. Leitman

### ORDER GRANTING MOTION FOR RULE 17 SUBPOENA TO META PLATFORMS, AND DIRECTING PUBLIC FILING OF MOTION FOR RULE 17 SUBPOENA FOR CLINIC RECORDS

Upon Ex Parte Motion of the Defendant,

**IT IS HEREBY ORDERED** that the subpoena to Meta Platforms is granted as filed and the movant may serve the proposed subpoena with its attachment directing that the records sought be produced to the Court's chambers.

**IT IS FURTHER ORDERED** that the request for records of Sarah XXXXX, from Northland Family Planning Clinic shall be refiled as an Emergency Motion, by 5:00 p.m. on July 22, 2024, not ex parte, and the Government shall file any response on or before July 25, 2024, at 5:00 p.m. The motion shall be heard on July 30, 2024, at 9:30 a.m. In the publicly filed motion, any reference to Sarah XXXXX shall not disclose her full name, but reference shall be made as it is in this paragraph.

**IT IS FURTHER ORDERED** that the Defendant has not waived his argument that the Government lacks standing to take a position, and that the regular filing is done to comply with the Court's order.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 22, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 22, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126