UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                              Case No. 23-20100-5
                                                  Hon. Matthew F. Leitman

vs.

D5, JOEL CURRY,

      Defendant.
_____/

**ORDER DIRECTING THE UNITED STATES MARSHAL
TO SERVE SUBPOENA ON META PLATFORMS**

      Upon Ex Parte Motion of the Defendant, this Court entered an Order granting a Rule 17 subpoena for production of records. The Defendant has informed the Court that reasonable efforts have been made to serve the subpoena on Meta Platforms but such attempts have been unsuccessful. In order to effect the Court's order issuing the Rule 17 subpoena, and pursuant to Federal Rule of Criminal Procedure 17(d),

      **IT IS HEREBY ORDERED** that the Defendant shall deliver to a copy of this Order, the Court's prior Order granting the subpoena, the Rule 17 subpoena, and it's attachment describing the items to be produced, to the United States Marshal within one day of entry of this Order.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve the subpoena on Meta Platforms and provide an executed Proof of Service once service is accomplished.

**IT IS FURTHER ORDERED** that Meta Platforms shall furnish to the Chambers of the Honorable Matthew F. Leitman, the requested documents on or before 5:00 p.m. on 08/09/2024.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  August 5, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 5, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126